FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

FEB - 9 2010

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

Priority ___
Send ___
Enter ___
Closed ___
JS-5/JS-6 ✗
JS-2/JS-3 ___
Scan Only ___

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIE ALLEN, AN INDIVIDUAL, AND JULIE ALLEN, TRUSTEE OF THE ALLEN FAMILY TRUST DATED 11/4/02,<br><br>Plaintiffs,<br><br>v.<br><br>GMAC MORTGAGE, LLC, and DOES 1-10 inclusive,<br><br>Defendants. | Case No. SACV10-0011 CJC (ANx)<br><br>**ORDER DISMISSING CASE** |

Having read and considered the parties' stipulation for dismissal, the Court finds that there is good cause to dismiss this action.

THEREFORE IT IS ORDERED that the above entitled action is dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1).

**IT IS SO ORDERED.**

DATED: February 8, 2010          By: _____
                                     Honorable
                                     Judge of the U.S. District Court

1

ORDER DISMISSING CASE
CASE NO.: SACV10-0011 CJC (ANx)